# EXHIBIT 1

From: **DraftKings** <draftkings@account.draftkings.com>
Date: Tue, Jan 3, 2023 at 6:21 PM
Subject: Information Regarding Your NFL Contests
To: <sgt3business@gmail.com>

BILLSSGT

Hi BillsSGT,

Everyone at DraftKings continues to keep Damar Hamlin in our thoughts and prayers. With the NFL announcing the Bills-Bengals game will not be resuming this week, per our house rules, all wagers on the game that have not been determined, such as spreads and money lines, have been voided.

For DFS, entries for Showdown and Flash Draft contests will be canceled and refunded. DFS Classic set contests, such as Sunday-Monday slates, will be paid out with current, accrued points. Any lineups with a drafted player in the CIN/BUF game from these sets will receive EF-Winnings to ensure no entries with a player from this game will be at a net loss. Best Ball contests will remain live until the NFL makes a final determination on the game's status. If the game is not played, we will pay out based on current standings.

Single game Reignmakers contests for the game will be canceled. If the game is to be played, contests will be reposted with the same contest sizing. If the game is not played, $100,000 in prizes will be allocated across each team's first playoff game Showdown. Deep Roster format Reignmakers contests will be paid out as normal.

If you have any questions please reach out to our Customer Experience team at support@draftkings.com.

Thank you,

The DraftKings Team

# DRAFTKINGS

222 Berkeley Street, Boston, MA 02116 United States



DFS   |   Sportsbook   |   Casino   |   Marketplace

DraftKings Inc. is a US-based company. DraftKings' Sportsbook is regulated by the New York State Gaming Commission as an internet gaming operator in accordance with Assembly Bill A3009 and its implementing regulations. Our Sportsbook games are tested by Gaming Labs International to provide games that are fair and operate correctly. Only customers 21 and over are permitted to play our Sportsbook games. Subject to regulatory licensing requirements. If you wish to no longer receive promotional e-mails, please Unsubscribe or send a postcard with your name, e-mail and DraftKings username to the address above with Attn: Customer Experience.

DraftKings Inc. is a US-based company. DFS statistics are licensed from STATS LLC.
© DraftKings All Rights Reserved
This email was sent to: sgt3business@gmail.com
This email was sent by: DraftKings Inc.

Privacy Policies
Daily Fantasy Sports   |   Sportsbook/Casino

To manage your DraftKings email preferences or unsubscribe, click here