UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Simpson G Turley**
      Plaintiff

      V.

**DraftKings, Inc. et al**
      Defendants

CIVIL ACTION

NO. **1:23-cv-10054-ADB**

## ORDER OF DISMISSAL

Burroughs, D. J.

    Pursuant to the court's Memorandum and Order granting Defendants' Motion to Dismiss, Plaintiffs' Amended Complaint is dismissed. This case is CLOSED.

    IT IS SO ORDERED.

By the Court,

4/5/2024                                        /s/ Caetlin McManus
Date                                                Deputy Clerk